No. 79–994. EL PASO NATURAL GAS CO. *v.* ARIZONA ET AL. Sup. Ct. Ariz. Certiorari denied. MR. JUSTICE STEWART and MR. JUSTICE MARSHALL would grant certiorari.

No. 79–1172. HARVEY *v.* HARRIS. C. A. 7th Cir. Motion of Voluntary Association of Trial Judges of Wisconsin for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 79–5626. SIMON *v.* TEXAS ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE BLACKMUN would grant certiorari.